**Order entered April 2, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01357-CR
### No. 05-13-01358-CR

**JOSHUA DAVID RANKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F0-921072-Q, F12-57382-Q**

## ORDER

The Court **REINSTATES** the appeals.

On March 17, 2014, we ordered the trial court to make findings of fact regarding why the clerk's and reporter's records had not been filed. On March 19, 2014, we received the clerk's records and on April 1, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 17, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    DAVID EVANS
       JUSTICE